The plaintiff fuffered a nonfuit.

---

# ALLEGHENY COUNTY,

## March Term, 1793.

### HUGH HENRY BRACKENRIDGE, v. ANDREW McFARLANE.

THE defendant appealed from the judgment of a juftice of the peace againft him for 10l.

The plaintiff declared here in *affumfit* for his fervices, as attorney and counfel, in conducting a certain fuit in *Weftmoreland* county court.

*Woods*, for the defendant. There being a table of fees, fixing an attorney's fee, in any caufe at four dollars, no action can be fupported for any higher fum. And no action lies for counfel fees.

PRESIDENT. Attornies in this ftate, act in two capacities, as attornies, and as counfel. The plaintiff in any fuit can recover from the defendant, no more than four dollars as his attorney's fee. But this does not limit attornies or counfel here, in their demands againft their clients, for their fervices and management, as agents or counfel; and a jury may give, over this fum, a juft compenfation for fuch fervice and management.

The jury found a verdict for 10l. and judgment was given on it.